IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD W. HEAGNEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                        CASE NO. 1D16-4094

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed October 10, 2016.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original
Jurisdiction.

Richard W. Heagney, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        The petition alleging ineffective assistance of appellate counsel is denied on the

merits.

LEWIS, RAY, and WINSOR, JJ., CONCUR.